**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Rodney Thomas

DEFENDANT.

☑ LA ☐ RS ☐ SA DATE FILED: 10/7/2026

CASE NUMBER: 2:26-mj-05846-DUTY ☐ **Under Seal**

INIT. APP. DATE: 10/8/2026 TIME: 1:30 PM

CHARGING DOC: Complaint & Warrant

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 21:841

COURTSMART/REPORTER: CS 10/8/26

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Pedro V. Castillo

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Marlene Ramirez — *Deputy Clerk*; Logan Page — *Assistant U.S. Attorney*; ______ — *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is ______

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Shaun Khojayan ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ______ ☐ **CJA 1-Day Provisional Appt** ______

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☑ Contested detention hearing is held. ☐ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ ______ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☑ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.

☐ Preliminary Hearing set for ______ at ______ in Los Angeles

☑ Post-Indictment Arraignment set for: 11/13/26 at 11:30 AM in Los Angeles

☐ Government's motion to dismiss case/defendant ______ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to ______ District of ______

☐ Bond to transfer, if bail is posted. Defendant to report on or before ______

☐ Warrant of removal and final commitment to issue. Date issued: ______ By CRD: ______

☐ Warrant of removal and final commitment are ordered stayed until ______.

☐ Case continued to (Date) ______ (Time) ______ ☐ AM / ☐ PM

☐ Type of Hearing: ______ Before Judge ______ /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ______ ☐ Judge's Courtroom ______

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. ______ ).

☐ Other:

***RECEIVED:*** ☑ **PSA** ☐ **PROBATION** ☑ **FINANCIAL** ☑ **CR-10** ☑ **READY**

Deputy Clerk Initials MR

______ : 15